# EXHIBIT 1

TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:20-cv-00989-TNM

| | |
|---|---|
| JANI-KING INTERNATIONAL, INC. et al v. UNITED STATES SMALL BUSINESS ADMINISTRATION et al<br>Assigned to: Judge Trevor N. McFadden<br>Cause: 05:0701 Judicial Review of Agency Decision | Date Filed: 04/15/2020<br>Jury Demand: None<br>Nature of Suit: 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2020 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Motion Hearing held on 4/23/2020. 6 Motion for Temporary Restraining Order, heard and denied. Motion for Preliminary Injunction held in abeyance. Joint Status Report due by the end of the day on 4/24/2020. (Court Reporter: Crystal Pilgrim.) (hmc) (Entered: 04/23/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/26/2020 12:54:23 | | | |
| **PACER Login:** | jjgilligan | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-00989-TNM Start date: 4/23/2020 End date: 4/23/2020 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |