# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAYDAY LOAN, LLC <br> d/b/a PAYDAY MONEY CENTERS <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, JOVITA CARRANZA, *in her Official Capacity as Administrator of the U.S. Small Business Administration*, and the UNITED STATES OF AMERICA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:20-cv-1084-ABJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF JOHN BLAKE-ZUNIGA IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Payday Loan, LLC d/b/a Payday Money Centers respectfully submits the attached Declaration of John Blake-Zuniga to update the Court with regard to the facts surrounding its Motion for Entry of a Temporary Restraining Order and Preliminary Injunction, which the Court consolidated with the merits pursuant to Fed. R. Civ. P. 65(a)(2) during the scheduling hearing held yesterday, April 28, 2020.

Respectfully submitted this 29th day of April, 2020.

Respectfully submitted,

/s/ *Christopher A. Hatfield*
Christopher A. Hatfield (Bar No. 1024182)
Constantinos G. Panagopoulos (Bar No. 430932)
Daniel J. Tobin (Bar No. 434058)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: 202.661.2200
Facsimile: 202.661.2299
hatfieldc@ballardspahr.com
cgp@ballardspahr.com
tobindj@ballardspahr.com

Jeremy T Rosenblum
(motion for admission *pro hac vice* pending)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.665.8500
Facsimile: 215.864.8999
rosenblumjt@ballardspahr.com

Sarah T. Reise
(motion for admission *pro hac vice* pending)
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-3915
Telephone: 678.420.9300
Facsimile: 678.420.9301
reises@ballardspahr.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Christopher A. Hatfield, hereby certify that on April 29, 2020, I electronically filed the foregoing via the CM/ECF system, which will send electronic notification of such filing to all counsel of record in this matter.

                                      */s/ Christopher A. Hatfield*
                                      Christopher A. Hatfield