**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PAYDAY LOAN, LLC d/b/a PAYDAY MONEY CENTERS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:20-cv-1084 (ABJ) |

**DEFENDANTS' SUPPLEMENTAL FILING
IN SUPPORT OF THEIR MOTION TO DISMISS**

Dated: May 4, 2020

| | |
|---|---|
| JOSEPH H. HUNT <br> Assistant Attorney General | JAMES J. GILLIGAN <br> Special Litigation Counsel |
| DAVID M. MORRELL <br> Deputy Assistant Attorney General | INDRANEEL SUR <br> Trial Attorney |
| JOHN R. GRIFFITHS <br> Director | Federal Programs Branch, <br> Civil Division <br> United States Department of Justice |
| ERIC WOMACK <br> Assistant Director | P.O. Box 883 <br> Washington, D.C. 20044 <br> Telephone: (202) 616-8448 <br> E-mail: Indraneel.Sur@usdoj.gov |
| | *Counsel for Defendants* |

The United States Small Business Administration ("SBA"), in its Interim Final Rule on *Business Loan Program Temporary Changes; Paycheck Protection Program*, 85 Fed. Reg. 20811 (April 15, 2020), referred to its Standard Operating Procedure 50-10-5(K), in the following passage: "Businesses that are not eligible for PPP loans are identified in 13 CFR 120.110 and described further in SBA's Standard Operating Procedure (SOP) 50 10, Subpart B, Chapter 2, except that nonprofit organizations authorized under the Act are eligible." 85 Fed. Reg. at 20812.

This Court by minute order on May 3, 2020 directed Defendants "to provide the Court with the full text of the SBA's Standard Operating Procedure." Accordingly, SBA attaches hereto its SOP 50-10-5(K), *Lender and Development Company Loan Programs* (effective April 1, 2019).

The provision of SOP 50-10-5(K) that pertains to this action is found at Subpart B, Chapter 2, § III.A.2, at pp. 104-05 ("Businesses Engaged in Lending").

SBA notes that its first four Paycheck Protection Program interim final rules are available at the following locations online:

1. 85 Fed. Reg. 20811-20817 (April 15, 2020)

https://www.govinfo.gov/content/pkg/FR-2020-04-15/pdf/2020-07672.pdf

2. 85 Fed. Reg. 20817-20821 (April 15, 2020)

https://www.govinfo.gov/content/pkg/FR-2020-04-15/pdf/2020-07673.pdf

3. 85 Fed. Reg. 21747-21752 (April 20, 2020)

https://www.govinfo.gov/content/pkg/FR-2020-04-20/pdf/2020-08257.pdf

4. 85 Fed. Reg. 23450-23452 (April 28, 2020)

https://www.govinfo.gov/content/pkg/FR-2020-04-28/pdf/2020-09098.pdf

2

| | |
|---|---|
| Dated:  May 4, 2020 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | DAVID M. MORRELL<br>Deputy Assistant Attorney General |
| | JOHN R. GRIFFITHS<br>Director |
| | ERIC WOMACK<br>Assistant Director |
| | JAMES J. GILLIGAN<br>Special Litigation Counsel |
| | */s/  Indraneel Sur*<br>INDRANEEL SUR<br>Trial Attorney |
| | Federal Programs Branch,<br>Civil Division<br>United States Department of Justice<br>P.O. Box 883<br>Washington, D.C. 20044<br>Tel.: (202) 616-8488<br>Fax:  (202) 616-8470<br>Email: Indraneel.Sur@usdoj.gov |
| | *Counsel for Defendants* |