## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAYDAY LOAN, LLC <br> d/b/a PAYDAY MONEY CENTERS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, JOVITA CARRANZA, *in her Official Capacity as Administrator of the U.S. Small Business Administration*, and the UNITED STATES OF AMERICA, <br><br> Defendants. | CIVIL ACTION NO. 1:20-cv-1084-ABJ |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Payday Loan, LLC d/b/a Payday Money Centers hereby voluntarily dismisses this action, without prejudice, in its entirety.

Submitted:  May 11, 2020                    Respectfully submitted,

/s/ *Christopher A. Hatfield*
Christopher A. Hatfield (Bar No. 1024182)
Constantinos G. Panagopoulos (Bar No. 430932)
Daniel J. Tobin (Bar No. 434058)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: 202.661.2200
Facsimile: 202.661.2299
hatfieldc@ballardspahr.com
cgp@ballardspahr.com
tobindj@ballardspahr.com

Jeremy T. Rosenblum (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.665.8500
Facsimile: 215.864.8999
rosenblumjt@ballardspahr.com

Sarah T. Reise (admitted *pro hac vice*)
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-3915
Telephone: 678.420.9300
Facsimile: 678.420.9301
reises@ballardspahr.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I, Christopher A. Hatfield, hereby certify that on May 11, 2020, the foregoing has been filed via the CM/ECF system, which will send electronic notification of such filing to all counsel of record in this matter.

                 */s/ Christopher A. Hatfield*
                 Christopher A. Hatfield